MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUZANNE M. DeBERRY (CABN 259455)
Special Assistant United States Attorney
　　150 South Almaden Boulevard, Suite 900
　　San Jose, California 95113
　　Telephone: (408) 535-5588
　　Facsimile: (408) 535-5066
　　suzanne.deberry2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CELIA PLANCARTE-ROSALES, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No.　CR 11-00010 LHK <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE SENTENCING HEARING FROM JUNE 29, 2011 TO JULY 20, 2011 |

　　　　The Parties, Celia Plancarte-Rosales and the United States, acting through respective counsel, hereby stipulate, with approval from Probation Officer, Benjamin Flores, subject to the Court's approval, that the hearing currently set for June 29, 2011 at 10 a.m. be vacated, and that the hearing be re-set for July 20, 2011 at 10 a.m.  A draft of the presentence report has been

//

//

//

//

1 | prepared, and counsels are requesting the continuance of the sentencing hearing for additional
2 | time to respond to the draft presentence report.

DATED: June 13, 2011                    MELINDA HAAG
                                         United States Attorney

                                         ___/s/_____
                                         SUZANNE M. DeBERRY
                                         Assistant United States Attorney


                                         _____
                                         LARA S. VINNARD
                                         Attorney for Defendant

**[PROPOSED] ORDER**

Based upon the stipulation of the parties and consent from U.S. Probation, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for June 29, 2011 at 10 a.m. is vacated, and the matter is continued to July 20, 2011 at 10 a.m..

IT IS SO ORDERED.

DATED:  6/14/11



LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE