MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUZANNE M. DeBERRY (CABN 259455)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5588
   Facsimile: (408) 535-5066
   suzanne.deberry2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 11-00010 LHK |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING THE |
| v. ) | SENTENCING HEARING FROM JULY |
| ) | 20, 2011 TO SEPTEMBER 21, 2011 |
| CELIA PLANCARTE-ROSALES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     The Parties, Celia Plancarte-Rosales and the United States, acting through respective counsel, hereby stipulate, with approval from Probation Officer, Benjamin Flores, subject to the Court's approval, that the hearing currently set for July 20, 2011 at 10 a.m. be vacated, and that the hearing be re-set for September 21, 2011 at 10 a.m.  A draft of the presentence report was

//

//

//

//

1

1  prepared and counsels have now responded to the report but additional time is needed for United
2  States Probation to prepare a final report which incorporates those responses.
3
4
5  DATED: July 13, 2011                    MELINDA HAAG
                                           United States Attorney
6
7                                          ___/s/_____
                                           SUZANNE M. DeBERRY
8                                          Assistant United States Attorney
9
10                                         ___/s/_____
                                           LARA S. VINNARD
11                                         Attorney for Defendant
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Based upon the stipulation of the parties and consent from U.S. Probation, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for July 20, 2011 at 10 a.m. is vacated, and the matter is continued to September 21, 2011 at 10 a.m..

IT IS SO ORDERED.

DATED:  7/18/11

LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE